**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52408.

May 11, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

261 So.2d 231

**STATE of Louisiana**

v.

**UNITED VEGETABLE GROWERS ASSOCIATION, Inc.**

No. 52411.

May 11, 1972.

Since no timely appeal was taken from the judgment of July 22, 1970, it became final.

261 So.2d 231

**STATE of Louisiana**

v.

**Joe S. CUSH and Rufus Wesley Thomas.**

No. 52412.

May 11, 1972.

the showing made is insufficient to warrant the exercise of our jurisdiction.